IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WILLIAM CLIFORD WATSON, :
:
    Plaintiff, :
:
v. : Case No. 7:09-CV-119 (HL)
:
Officers MACRAY and OWENS, :
:
    Defendants. :

## ORDER

This case is before the Court on the Order and Recommendation (Doc. 9) of United States Magistrate Judge G. Mallon Faircloth. The Magistrate Judge recommends that this Court (a) dismiss as frivolous the Plaintiff's claim regarding the quality of food at the facility wherein he is incarcerated, and (b) dismiss the Bobby Hines Justice Center from this litigation. The Petitioner did not file an objection to the Recommendation. The Recommendation is adopted and made the order of this Court. The Plaintiff's claim regarding the quality of food at the facility wherein he is incarcerated is dismissed, and Bobby Hines Justice Center is dismissed from this litigation.

    **SO ORDERED**, this the 18th day of May, 2010.

                                            *s/ Hugh Lawson*
                                          HUGH LAWSON, SENIOR JUDGE

jch